PER CURIAM.
This appeal and cross-appeal arises from the trial court’s Order on Remand entered pursuant to this court’s decision in Levine v. Levine, 964 So.2d 741 (Fla. 4th DCA 2007). We affirm the trial court’s order in all respects without discussion except for the issue of accounting for income from the marital home which the former wife, Loren Levine, received as part of the equitable distribution of the parties’ marital assets.
The former wife presently lives in the marital home with her children. The trial *465 court correctly determined that income cannot reasonably be imputed from this asset at this time. However, should this asset become income-producing in the future, the former husband is not precluded from seeking modification of his alimony obligation.

Affirmed.

HAZOURI and DAMOORGIAN, JJ., concur.
MAY, J., concurs specially with opinion.